UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number:11-14054-CIV-MARTINEZ-LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SAIL E. MARTINEZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Frank J. Lynch, Jr., United States Magistrate Judge for a Report and Recommendation on Defendant's Motion to Suppress **(D.E. No. 69)**. The Magistrate Judge held an evidentiary hearing on the motion and filed a Report and Recommendation **(D.E. No. 88)**, recommending that Defendant's Motion to Suppress be denied. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the Objections to the Magistrate Judge's Report and Recommendation present. Defendant indicates that the objections were raised before the court at the suppression hearing **(D.E. No. 90)**.

The Report and Recommendation finds that Defendant waived his *Miranda* rights knowingly and voluntarily. Defendant did not request an attorney at any point subsequent to being advised of his *Miranda* rights and his statements to authorities were given without any threats, promises, or other acts of intimidation. Additionally, the Defendant was not entitled to a re-advice of his *Miranda* rights despite having a one and one-half hour interval between his initial advice and the continuation of his interview. Therefore, it is hereby:

**ADJUDGED** that United States Magistrate Judge Lynch's Report and Recommendation **(D.E. No. 88)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. Defendant's Motion to Suppress **(D.E. No. 69)** is **DENIED**.

2. This case remains referred to Magistrate Judge Lynch for all pretrial.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of January, 2012.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record
Sail E. Martinez