UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-14054-CR-MARTINEZ/LYNCH(s)(s)

UNITED STATES OF AMERICA

Plaintiff,

vs.

GEOVANI ALEXANDER SALES,

Defendant.

_______________________________/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on January 25, 2012. A Report and Recommendation was filed on February 1, 2012, (D.E.#121), recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Count One, Count Three, and Count Five of the Second Superseding Indictment, which charges the Defendant in Count One with conspiracy to interfere with commerce by threats or violence (robbery), in violation of Title 18, United States Code, Section 1951(a); in Count Three with carrying and possessing a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A); and in Count Five with previously removed alien found in the United States, in violation of Title 8, United States Code, Sections 1326(a)(1) and (b)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of February, 2012.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office